# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 10CR-00323-LJO-03 |
| Plaintiff, ) | |
| vs. ) | ORDER GRANTING 2ND MOTION TO CONTINUE SENTENCING |
| DONACIANO ROSALES-MAGANA, ) | |
| Defendant. ) | |

Having considered Defendant Rosales Magana's 2nd motion to continue the sentencing date presently scheduled for November 28, 2011, at 1:00 p.m. to December 12, 2011, or a date convenient to all parties the Court has read and considered the motion and all other matters presented to the Court, and finds good cause, **HEREBY ORDERS** as follows:

Defendant, Donaciano Rosales-Magana's motion to continue Sentencing from November 28, 2011, to December 12, 2011, at 1:00 p.m. is **GRANTED**.

IT IS SO ORDERED.

Dated:  **November 18, 2011**          /s/ Lawrence J. O'Neill
                                                                    UNITED STATES DISTRICT JUDGE